

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13CR4469MMA |
|---|---|
| Plaintiff, | **SUPERSEDING INFORMATION** |
| v. | Title 21, U.S.C., Secs. 841(a)(1), 846 –Conspiracy to Distribute Methamphetamine (Felony) |
| MARIO VILLAPADUA, | |
| Defendant. | |

The United States Attorney charges:

Between on or before February 1, 2013, and February 12, 2013, within the Southern District of California and elsewhere, defendant MARIO VILLAPADUA, did knowingly and intentionally conspire and agree with other persons known and unknown to distribute 5 grams and more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: 6/30/15 .

LAURA E. DUFFY
United States Attorney

JOSEPH S. SMITH, JR.
Assistant U.S. Attorney

jss:San Diego
4/25/15