REJECTED

Dear, Clerk of the Court.   5-29-17

I Mario Roberto Villapadua # 71275-097 am writting you these few words, to ask about my "paperwork" I sent you guys last year in 2016 at the beginning of August...

It was for a ~~~~ reduction in my sentence. All I would like to know if you guys recieved them cause I certified my mail to the clerk of the court in San Diego and never got a response atleast to tell me that they were recieved and filed...

Can you please let me know my status. on this matter.

My case #
13-CR-4469-MMA

Sincerely,
Mario Villapadua

MARIO Villapudua # 71275097
FEDERAL CORRECTIONAL INSTITUTION
P.O BOX 9.
MENDOTA CA, 93640.



FRESNO CA 936
30 MAY 2017 PM 1 L

92101-380299

71275-097
Clerk Of The Court
333 W Broadway
US District Court STE 420
San Diego, CA 92101
United States